**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| **ELIA ISABEL VALENZUELA,** ) | |
| ) | |
| Plaintiff, ) | Case No. EDCV 14-1486 AJW |
| ) | |
| v. ) | **J U D G M E N T** |
| ) | |
| **CAROLYN W. COLVIN,** ) | |
| **Acting Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded for further administrative proceedings consistent with the memorandum of decision.

May 8, 2015

_____
ANDREW J. WISTRICH
United States Magistrate Judge